# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UN ITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:22-CR-242 |
| GEORGE MICHAEL GRANADOS | § § | |

## MOTION TO CONTINUE SETTINGS

**TO THE HONORABLE KENNETH M. HOYT, UNITED STATES DISTRICT JUDGE:**

Now comes GEORGE MICHAEL GRANADOS, Defendant, by and through his attorney, Mervyn M. Mosbacker Jr., and respectfully requests that the Court continue the settings this case. In support of this motion, Defendant respectfully submits the following.

I.

This case is currently set for trial on July 25, 2022 1t 1:30 p.m., with a final pretrial set for July 18, 2022 at 10:00 a.m. Counsel for Defendant Granados needs more time to review the discovery in this case, meet with Defendant Granados to discuss the discovery and issues in the case, and to investigate the case, as needed.

1

II.

Defendant, therefore, requests that the Court continue the sentencing hearing in Defendant's case for a period of at least 90 days, in order to allow the Defense to complete review of the discovery materials in this case, and to confer with Defendant Granados.  Defense counsel conferred with Assistant U.S. Attorney Sharad Khandelwal regarding this motion and he indicated that he is unopposed.

Respectfully submitted,

*/s/ Mervyn M. Mosbacker Jr.*
Mervyn M. Mosbacker, Jr.
State Bar No. 14564800
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Telephone:  (713) 526-2246
Facsimile:  (866) 313-8678

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, I filed this motion electronically using CH/ECF system, which will automatically notify the following:

Sharad S. Khandelwal
Assistant U.S. Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002

*/s/Mervyn M. Mosbacker Jr.*
Mervyn M. Mosbacker Jr.

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 14, 2022 I conferred with Assistant U.S. Attorney Sharad S. Khandelwal concerning this motion.  He indicated that he is not opposed to the motion.

*/s/Mervyn M. Mosbacker Jr.*
Mervyn M. Mosbacker Jr.
